FILED
CLERK, U.S. DISTRICT COURT

4/9/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_JB\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SARAH REEVES and<br>RYAN SCHLAGETER,<br>  aka "Ryan Reeves,"<br><br>        Defendants. | CR  2:21-cr-00173-PA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1341: Mail Fraud] |

The Grand Jury charges:

COUNTS ONE THROUGH EIGHT

[18 U.S.C. §§ 1341, 2(a), 2(b)]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   The United States Postal Service ("Postal Service") provided shipping services to customers.  For certain types of postage, the Postal Service included insurance coverage, which provided coverage for packages shipped through the Postal Service that were lost, rifled, or damaged in the mail stream.  Postal

Service customers could also purchase optional additional insurance, which provided additional coverage for packages shipped through the Postal Service that were lost, rifled, or damaged in the mail stream.

2.   Either the sender or the recipient Postal Service customer could file an insurance claim online or by going to a Post Office. The Postal Service required that claims for items lost, rifled, or damaged in the mail stream include: (a) proof of insurance; (b) proof of the value of the item; and (c) if applicable, proof of damage to the item.  Once a claimant provided some or all of this information to the Postal Service, the Postal Service would evaluate the claim. If the Postal Service determined to pay the claim, the Postal Service would mail a check for the amount of loss to the claimant.

B.   THE SCHEME TO DEFRAUD

3.   Beginning on a date unknown to the Grand Jury, and continuing through on or about December 21, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants SARAH REEVES and RYAN SCHLAGETER, also known as "Ryan Reeves," each aiding and abetting the other, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud the Postal Service as to material matters, and to obtain money and property from the Postal Service by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4.   The fraudulent scheme operated, in substance, as follows:

   a.   Defendants REEVES and SCHLAGETER would mail packages to customers who had made purchases from an online business, Mountain View Creations, also known as Mountain V Creations, which was jointly operated by defendants REEVES and SCHLAGETER.  In doing so,

defendants REEVES and SCHLAGETER would pay for postage and insurance on those packages.

      b.    Even though those packages were not rifled or damaged in transit, defendants REEVES and SCHLAGETER would later submit false claims with the Postal Service, claiming that the packages had been rifled or damaged in the mail stream.

      c.    Upon processing the false and fraudulent claims filed by defendants REEVES and SCHLAGETER, the Postal Service would issue and mail checks to defendants REEVES, SCHLAGETER, or Mountain View Creations to cover the purported losses. Upon receipt of those checks, defendants REEVES and SCHLAGETER would deposit the checks into bank accounts owned by defendants REEVES and SCHLAGETER.

      d.    By devising, participating in, and executing the fraudulent scheme described above, defendants REEVES and SCHLAGETER caused the Postal Service to pay them at least $62,405 to which they were not entitled.

C.    <u>USE OF THE MAILS</u>

    5.    On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants REEVES and SCHLAGETER, each aiding and abetting the other, for the purpose of executing the above-described scheme to defraud, willfully caused the following items to be placed in an authorized depository for mail matter to be sent and delivered by the Postal Service according to the directions thereon:

| **COUNT** | **DATE** | **ITEM MAILED** |
|---|---|---|
| ONE | September 4, 2016 | Postal Service Check No. 0310940937 payable to defendant REEVES in the amount of $100 |

| COUNT | DATE | ITEM MAILED |
|-------|------|-------------|
| TWO | October 22, 2016 | Postal Service Check No. 0311038463 payable to Mountain V Creations in the amount of $100 |
| THREE | November 8, 2016 | Postal Service Check No. 0311063460 payable to defendant SCHLAGETER in the amount of $100 |
| FOUR | March 28, 2017 | Postal Service Check No. 0311372079 payable to defendant SCHLAGETER in the amount of $100 |
| FIVE | June 22, 2017 | Postal Service Check No. 0311532382 payable to defendant SCHLAGETER in the amount of $100 |
| SIX | July 16, 2017 | Postal Service Check No. 0311580468 payable to defendant REEVES in the amount of $100 |
| SEVEN | January 29, 2018 | Postal Service Check No. 0312046085 payable to Mountain V Creations in the amount of $100 |

| COUNT | DATE | ITEM MAILED |
|---|---|---|
| EIGHT | December 2, 2018 | Postal Service Check No. 0312789146 payable to defendant REEVES in the amount of $100 |

A TRUE BILL

　　　　　　　　　/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief,
General Crimes Section

MATTHEW J. ROSENBAUM
Assistant United States Attorney
International Narcotics,
Money Laundering, and
Racketeering Section